PETER B BUNTING
ATTORNEY AT LAW
2501 W SHAW AVE #119
FRESNO, CA 93711-3307
(559)226-4030

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

| In re:<br>BILLY JOE WEAVER<br>GAIL LYNN WEAVER | Case No.11-10786-B-13F<br>DC# PBB-1<br>Date: January 31, 2013<br>Time: 01:00 PM<br>Place: Dept. B, Courtroom 12<br>5th Floor<br>2500 Tulare Street<br>Fresno, CA 93721<br>Judge-W. Richard Lee |
|---|---|

## ORDER CONFIRMING FIRST MODIFIED PLAN

The First Modified Chapter 13 plan filed on 11/06/2012 of the above named debtor has been transmitted to all creditors, and it has been determined after notice and opportunity for a hearing that the debtor's plan satisfies the requirements of 11 U.S.C. § 1325.

Therefore, **IT IS ORDERED** that the plan is confirmed.

**IT IS FURTHER ORDERED** that:

1. The debtor shall immediately notify, in writing, the Clerk of the United States Bankruptcy Court and the trustee of any change in the debtor's address;

2. The debtor shall immediately notify the trustee in writing of any termination, reduction of, or other change in the employment of the debtor; and

3. The debtor shall appear in court whenever notified to do so by the court.

RECEIVED
February 11, 2013
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0004656781

**IT IS FURTHER ORDERED** that, pursuant to 11 U.S.C. § 1329, the plan is amended as follows: The plan payment shall be $1,545.30 for months 24-60.

The unsecured creditors shall receive 62%.

VW Credit, INC. shall be struck from class 3 and remain in class 2 and shall be paid $400.00 per month starting in month 1 at a 6% interest rate.

Date:

*/s/ Peter B Bunting*

Approved by PETER B BUNTING

Date:

*/s/ Kristen M Hates*

Approved by the Chapter 13 Trustee as to form.

Dated: Feb 12, 2013

*/s/ W. Richard Lee*

W. Richard Lee
United States Bankruptcy Judge